OPINION — AG — ** ELECTIONS ** THE LEGAL VOTERS OF AN INCORPORATED CITY (MUNICIPALITY) (WHICH IS WITHIN A STOCK DISTRICT CREATED BY 4 O.S.H. 101), ARE ENTITLED TO VOTE IN AN ELECTION TO BE HELD UNDER THE PROVISIONS OF 4 O.S.H. 102 THRU 4 O.S.H. 111 (DISTRICTING COUNTY UNDER THIS ACTION TO ELIMINATE INCORPORATED TOWN, CITIES AND VILLAGES IN COUNTY FROM STOCK DISTRICT) CITE: 4 O.S.H. 102, ARTICLE III, SECTION 1, OPINION NO. JANUARY 17, 1935 — CARROLL (RICHARD HUFF)